UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-61265-WPD

SANDRA PURCELLA,

        Plaintiff,

vs.

CREDIT CONTROL, LLC,

        Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

**CONSENT OF COUNSEL FOR DEFENDANT**

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| */s/Laura L. Hoy*<br>Laura L. Hoy, Esq.<br>Florida Bar No. 59025<br>Loan Lawyers, LLC<br>3201 Griffin Road, Suite 100<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br><br>*Counsel for Plaintiff* | */s/Christopher P. Hahn*<br>Christopher P. Hahn, Esq.<br>Florida Bar No. 87577<br>Maurice Wutscher LLP<br>110 E. Broward Blvd., Suite 1700<br>Fort Lauderdale, FL 33301<br>Telephone: (772) 223-3410<br>Facsimile: (866) 581-9302<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 22, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Christopher P. Hahn, Esq.
Maurice Wutscher LLP
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
chahn@MauriceWutscher.com

*Counsel for Defendant*
Service by CM/ECF

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
3201 Griffin Road, Suite 100
Fort Lauderdale, FL 33312
Telephone:  (954) 523-4357
Facsimile:  (954) 581-2786

*/s/Laura L. Hoy* _____
Laura L. Hoy, Esq.
Florida Bar No. 59025